AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

United States of America )
v. )
)
JOSHUA OBRIEN DOTSON )  Case No: 2:13CR20070-001
)  USM No: 12117-010
Date of Original Judgment:         07/09/2014 )
Date of Previous Amended Judgment:              )  Bruce D. Eddy
*(Use Date of Last Amended Judgment if Any)*    *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of          21          months **is reduced to**   15 months                    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated       07/09/2014       shall remain in effect.
**IT IS SO ORDERED**.

Order Date:          08/26/2015                                      /s/ P. K. Holmes, III
                                                                    *Judge's signature*

Effective Date:         11/01/2015                    Honorable P. K. Holmes, III, Chief United States District Judge
            *(if different from order date)*                          *Printed name and title*